UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GS HOLISTIC, LLC,

                        Plaintiff,

            -v-

NYC SMOKE SHOP & GROCERY CORP. D/B/A
INTERNATIONAL SMOKE SHOP *et al.*,

                      Defendants.
------------------------------------------------------------------------X

25 Civ. 3899 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

      Because defendants, as opposed to interested non-party Christopher Burrus, *see* Dkt. 11, have failed to answer or otherwise respond to the complaint, the initial pre-trial conference previously scheduled to take place July 17, 2025 is hereby adjourned *sine die*. The Court understands that plaintiff is preparing to move for default judgment. *See* Dkts. 17–18.

      SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: July 10, 2025
       New York, New York