UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

                         Plaintiff,

        -v-

NYC SMOKE SHOP & GROCERY CORP. *and*
ABDO M. SALEH,

                         Defendants.

25 Civ. 3899 (PAE) (JW)

ORDER

PAUL A. ENGELMAYER, United States District Judge:

On the record of today's conference, the Court set the following pretrial and trial schedule.

- The parties' pretrial materials as required by the Court's Individual Rules 5(A)–(B), including, *inter alia*, a joint pretrial order, requests to charge, proposed *voir dire*, and motions *in limine* are due **June 8, 2026**. Counsel are directed to review the Court's Individual Rules and Practices in Civil Cases, found at https://nysd. uscourts.gov/hon-paul-engelmayer.

- Responses to any motions *in limine* are due **June 15, 2026**.

- A final pretrial conference is scheduled for **June 18, 2026** at **3:00 p.m**. This conference will be held in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

- Trial is scheduled to commence on **June 29, 2026** in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

2

SO ORDERED.

Dated:    April 17, 2026
          New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge