UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GS HOLISTIC, LLC,

                              Plaintiff,

               -v-

NYC SMOKE SHOP & GROCERY CORP. *et al.*,

                              Defendants.

---

25 Civ. 3899 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' motions *in limine* and plaintiff's opposition.

Dkts. 50, 52. To assist the Court in assessing the admissibility of Brian M. McBride's proposed

expert testimony, the Court directs plaintiff to file a letter on the docket, by **today at 6 p.m.**,

stating (1) the date it disclosed McBride's report to defendants, and attaching any written such

disclosure; (2) whether such disclosure occurred within 14 days of the parties' Rule 26(f)

conference, in conformity with Federal Rule of Civil Procedure 26(a)(1)(C); and (3) if not,

whether such nondisclosure "was substantially justified or is harmless," Fed. R. Civ. P. 37(c)(1).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 16, 2026
       New York, New York