UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GS HOLISTIC, LLC,

                                        Plaintiff,

        -v-

NYC SMOKE SHOP & GROCERY CORP. *et al.*,

                                        Defendants.

---

25 Civ. 3899 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' list of exhibits for trial.  Dkt. 48.  To enable the Court to prepare for tomorrow's conference, the Court directs the parties, by **tomorrow at 9 a.m.**, to file all documentary exhibits on the docket with a cover sheet listing the attached exhibits.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2026
       New York, New York