UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GS HOLISTIC, LLC,

                                    Plaintiff,

                    -v-

NYC SMOKE SHOP & GROCERY CORP. *et al.*,

                                    Defendants.

25 Civ. 3899 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received proposed jury instructions and a joint pretrial order, but has not received proposed *voir dire* questions. Consistent with the Court's Individual Rules, the parties are directed to jointly file such questions on the docket by **tomorrow at noon**.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 17, 2026
        New York, New York