UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GS HOLISTIC, LLC,

                                        Plaintiff,                        25 Civ. 3899 (PAE)

                    -v-
                                                                          ORDER

NYC SMOKE SHOP & GROCERY CORP. *et al.*,

                                        Defendants.

---

PAUL A. ENGELMAYER, District Judge:

On June 18, 2026, at the final pretrial conference, the Court stated it would confirm with counsel that, as is typically the case in civil jury trials, neither counsel was asking that a court reporter be present to transcribe the process of jury selection. On June 22, 2026, the Court emailed the parties, inquiring as to whether they waived the right to have a court reporter during jury selection, and informing them that, if one party requests a court reporter for that process, that party will be solely responsible for the resulting cost of the transcript.

On June 23, 2026, the parties responded to the Court's email, stating that plaintiff, and not defendants, seeks a court reporter for jury selection. Accordingly, the Court will arrange for a court reporter to be present, and the resulting cost will be plaintiff's alone.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2026
       New York, New York