UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GS HOLISTIC, LLC,

                            Plaintiff,

        -v-

NYC SMOKE SHOP & GROCERY CORP. *et al.*,

                        Defendants.

25 Civ. 3899 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

To assist the Court in preparing the jury charge, the Court directs the parties, by **Thursday, June 25 at 6 p.m.**, to file a letter on the docket responding to the following.

- Whether plaintiff intends to proceed with its false designation of origin claim, which appears to overlap with plaintiff's infringement claim; if so, plaintiff is to propose specific jury instructions with respect to that claim, and cite and attach any prior instructions on which it bases those;

- Whether the parties will stipulate to the fact that plaintiff possesses valid, legally protectable trademarks (as opposed to solely the fact that plaintiff possesses registered trademarks);

- Whether plaintiff intends to argue that defendants infringed the trademark that is currently listed as plaintiff's Exhibit 4 (which is the only mark not mentioned in plaintiff's proposed jury charge).

In addition, the Court directs plaintiff, in the same letter, to identify its source(s) for Instruction Nos. 28, 29, 32, 33, and 34, and if these are drawn from prior trials, to attach the relevant instructions from those trials.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 24, 2026
       New York, New York