UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GS HOLISTIC, LLC,

                    Plaintiff,

        -v-

NYC SMOKE SHOP & GROCERY CORP. *and*
ABDO M. SALEH,

                    Defendants.

**25 Civ. 3899 (PAE)**

**ORDER**

---

PAUL A. ENGELMAYER, District Judge:

    Attached to this Order are the notes sent by the jury during their deliberations at trial.

    SO ORDERED.

*Paul A. Engelmayer*

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 2, 2026