UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GS HOLISTIC, LLC,

                         Plaintiff,

              -v-

NYC SMOKE SHOP & GROCERY CORP. *and*
ABDO M. SALEH,

                         Defendants.

---

25 Civ. 3899 (PAE)

**ORDER**

PAUL A. ENGELMAYER, District Judge:

Attached to this Order are the following Court Exhibits:

- Exhibit A: The draft jury charge, read into the record at the charge conference, held on June 30, 2026

- Exhibit B: The draft verdict form, used at the charge conference, held on June 30, 2026.

- Exhibit C: The final jury charge, read into the record on July 1, 2026.

- Exhibit D: The final verdict form.

- Exhibit E: The exhibit list.

- Exhibit F: The witness list.

- Exhibit G: Excerpts of the trial testimony of Abdo Saleh, as requested by, and furnished to, the jury in their deliberations.

1

SO ORDERED.

Dated: July 2, 2026

_____
PAUL A. ENGELMAYER
United States District Judge