**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GS Holistic LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NYC Smoke Shop & Grocery Corp, et al,<br><br>Defendants | Court No.: **1:25-cv-03899-PAE** |

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

This matter was tried before a jury of eight (8), duly sworn to try the issues herein with United States District Court Judge Paul Engelmayer presiding, and the jury has rendered a verdict. Pursuant to the verdict of the Jury [ECF 71], it is

ORDERED that final judgment is entered IN FAVOR of the PLAINTIFF, GS Holistic, LLC, and against DEFENDANTS, NYC Smoke Shop & Grocery Corp. and Abdo M. Saleh, for damages under 15 U.S.C. § 1117(c) in the amount of $180,000.00.

Post-judgment interest at the statutory rate is also

awarded. Dated at New York, New York, July 8, 2026.

Paul A. Engelmayer

U.S. District Court Judge