UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GS HOLISTIC, LLC,

Plaintiff,

-v-

NYC SMOKE SHOP & GROCERY CORP. *and* ABDO M. SALEH,

Defendants.

25 Civ. 3899 (PAE)

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' post-verdict motions under Federal Rules of Civil Procedure 50 and 59. Dkt. 77. Plaintiff's opposition is due August 27, 2026. Defendants' reply is due September 10, 2026.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: August 6, 2026
New York, New York